1

2

3  I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
   FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
4  (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
   RECORD IN THIS ACTION ON THIS DATE.

5  DATED: _____4-25-12_____

6  DEPUTY CLERK



7

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11   ISAIAH JOEL PETILLO,            )  Case No. CV 11-5005-CJC (JPR)
                                     )
12                    Petitioner,    )  ORDER ACCEPTING FINDINGS AND
                                     )  RECOMMENDATIONS OF U.S.
13               vs.                 )  MAGISTRATE JUDGE
                                     )
14   C. WORLDAND, Warden,            )
                                     )
15                    Respondent.    )
                                     )
16   _____)

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18   Petition, all the records and files herein, and the Report and

19   Recommendation of the U.S. Magistrate Judge.

20         Petitioner has filed objections to the Report and

21   Recommendation, in which he repeats arguments from his Petition

22   and Traverse concerning the origins of the injury on his finger.

23   Those arguments were fully addressed in the Magistrate Judge's

24   Report and Recommendation.  In any event, even if a police report

25   exists demonstrating that the injury was caused not by Petitioner

26   breaking into the victim's house but in a tussle with the

27   arresting officer, the prosecution's suppression of the report

28   would not have so infected the trial as to render the guilty

                                 1

1  verdicts a denial of due process.  As detailed in the Report and

2  Recommendation, the other evidence against Petitioner was strong.

3    Having made a de novo determination of those portions of the

4  Report and Recommendation to which objections have been made, the

5  Court accepts the findings and recommendations of the Magistrate

6  Judge.  IT THEREFORE IS ORDERED that Judgment be entered denying

7  the Petition and dismissing this action with prejudice.

8

9

10  DATED:  *April 23, 2012*

11               CORMAC J. CARNEY

               U.S.  DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28