I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-25-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH JOEL PETILLO, | Case No. CV 11-5005-CJC (JPR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| vs. | |
| C. WORLDAND, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the U.S. Magistrate Judge.

Petitioner has filed objections to the Report and Recommendation, in which he repeats arguments from his Petition and Traverse concerning the origins of the injury on his finger. Those arguments were fully addressed in the Magistrate Judge's Report and Recommendation. In any event, even if a police report exists demonstrating that the injury was caused not by Petitioner breaking into the victim's house but in a tussle with the arresting officer, the prosecution's suppression of the report would not have so infected the trial as to render the guilty

1

1  verdicts a denial of due process.  As detailed in the Report and
2  Recommendation, the other evidence against Petitioner was strong.
3       Having made a de novo determination of those portions of the
4  Report and Recommendation to which objections have been made, the
5  Court accepts the findings and recommendations of the Magistrate
6  Judge.  IT THEREFORE IS ORDERED that Judgment be entered denying
7  the Petition and dismissing this action with prejudice.

10  DATED: April 23, 2012            _____
11                                   CORMAC J. CARNEY
                                     U.S. DISTRICT JUDGE